**NOT FOR PUBLICATION**

**FILED**

**UNITED STATES COURT OF APPEALS**

AUG 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    22-50279 |
| Plaintiff-Appellee, | D.C. No. 2:19-cr-00609-MWF-2 |
| v. | |
| MANUEL ANGEL LANDEROS-LOPEZ, AKA Manuel Lopez, AKA Manuel Lopez-Landeros, AKA Unidentified Male 1, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
Michael W. Fitzgerald, District Judge, Presiding

Submitted August 15, 2023[**]

Before:    TASHIMA, S.R. THOMAS, and FORREST, Circuit Judges.

Manuel Angel Landeros-Lopez appeals from the district court's judgment

and challenges the 135-month sentence imposed following his guilty-plea

conviction for conspiracy to distribute and to possess with intent to distribute

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii), and 846. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Landeros-Lopez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Landeros-Lopez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

The sentence imposed by the district court triggered the appeal waiver, which bars Landeros-Lopez from challenging his custodial sentence, his supervised release term, and the conditions of his supervised release. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We therefore dismiss Landeros-Lopez's appeal.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**